James A. McDevitt
United States Attorney
Eastern District of Washington
Stephanie J. Lister
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>KENNETH JOHN FREEMAN,<br><br>    Defendant. | CR-07-6008-LRS<br><br>Motion for Detention Hearing |

The United States moves for pretrial detention of Defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1. <u>Eligibility of Case</u>. This case is eligible for a detention order because the case involves:

    ☒   Crime of violence (as defined in 18 U.S.C. § 3156(a)(4) which includes any felony under Chapter 109A, 110 and 117),

    ☐   Maximum penalty of life imprisonment or death,

    ☐   Drug offense with maximum penalty of 10 years or more,

    ☐   Felony, with two prior convictions in above categories,

    ☒   Felony that involves a minor victim or that involves the possession or use of a firearm or destructive device (as those terms are defined in section 921), or any other dangerous weapon, or involves a failure to register under 18 U.S.C. section 2250,

    ☒   Serious risk Defendant will flee, or

    ☐   Serious risk obstruction of justice.

Motion for Detention Hearing - 1
P71018.SLA.wpd

2. <u>Reason For Detention</u>.  The Court should detain Defendant because there is no condition or combination of conditions which will reasonably assure:

☒ Defendant's appearance as required, or

☐ Safety of any other person and the community.

3. <u>Rebuttable Presumption</u>.  The United States will invoke the rebuttable presumption against Defendant under Section 3142(e). The presumption applies because there is probable cause to believe Defendant committed:

☐ Drug offense with maximum penalty of 10 years or more,

☐ 18 U.S.C. § 924(c) firearms offense, or

☒ Kidnaping, sexual crimes, or child pornography offenses.

4. <u>Time For Detention Hearing</u>.  The United States requests the Court conduct the detention hearing:

☐ At the first appearance, or

☒ After a continuance of three days.

5. <u>Other Matters</u>.

☒ The Defendant was charged in Benton County, Washington, with First Degree Rape of a Child on December 7, 2005.  In March 2006, Defendant Freeman failed to appear in Benton County as required and a state bench warrant was issued. Additional federal charges were filed against the Defendant while he was a fugitive, including the Indictment in the Eastern District of Washington and a Federal Indictment in the District of Oregon charging him with one count of Production of Child Pornography, and two counts of Interstate Transportation of a Minor with Intent to Engage Sexually Explicit Conduct.  The Defendant was arrested traveling to

Motion for Detention Hearing - 2
P71018.SLA.wpd

1 | Hong Kong.  The United States submitted an extradition
2 | request to Hong Kong.  The Defendant waived extradition.
3 | DATED October 18, 2007.

James A. McDevitt
United States Attorney

s/Stephanie J. Lister

Stephanie J. Lister
Assistant United States Attorney

I hereby certify that on October 18, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System.

s/Stephanie J. Lister

Stephanie J. Lister
Assistant United States Attorney

Motion for Detention Hearing - 3
P71018.SLA.wpd