Stephen R. Hormel
FEDERAL DEFENDERS OF EASTERN WASHINGTON AND IDAHO
10 North Post, Suite 700
Spokane, Washington 99201
(509) 624-7606

Attorneys for Defendant
KENNETH JOHN FREEMAN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
(HONORABLE LONNY R. SUKO)

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. KENNETH JOHN FREEMAN, Defendant. | CR-07-6008-LRS MOTION TO CONTINUE TRIAL AND RESET INITIAL PRETRIAL CONFERENCE |

TO: JAMES McDEVITT, UNITED STATES ATTORNEY
STEPHANIE LISTER, ASSISTANT UNITED STATES ATTORNEY

KENNETH JOHN FREEMAN, through counsel, Stephen R. Hormel for the Federal Defenders of Eastern Washington and Idaho, moves the Court to continue the trial is this case and to reset the initial pretrial conference to be hearing at the United States Courthouse in Spokane, Washington.

This Court set the initial pretrial conference to be held in Yakima, Washington on December 6, 2007. The trial date is now set for December 17, 2007, in Yakima. It is requested that the Court reset the initial pretrial conference to a time and date in Spokane since both counsel and Mr. Freeman are currently located in Spokane.

It is also requested that the Court continue the trial to a time in April 2008. AUSA Lister is not available until April 14,

2008. Therefore, it is requested that the trial date be set for April 14, 2008, or at such other time. Mr. Freeman will execute a Speedy Trial Wavier through April 30, 2008. Such waiver shall be filed on or before the pretrial conference date.

A continuance of the trial is necessary to allow time for investigation and review with Mr. Freeman. The investigation and review cannot be adequately performed within the time now set for trial. Although an initial round of discovery has been received, it is anticipated that more discovery will be forthcoming which will also require more time for review and investigation.

The period of this continuance is excludable from the Speedy Trial Act calculations. Without a continuance defense counsel will not have adequate time to prepare an effective defense. 18 U.S.C. § 3161(h)(8)(B)(iv). Thus, the public and the defendant's interest in having a trial within the initial 70 day period is outweighed by the need for defense counsel to have adequate time to investigate and review the case with Mr. Freeman. 18 U.S.C. § 3161(h)(8)(A).

The United States Attorney's Office has been contacted regarding this request. There is no objection to the requested continuance in this matter. Therefore, it is requested that the Court reset the pretrial conference to a date and time in Spokane, Washington, to review the motion to continue trial and to continue trial do a date in April as specified above.

\\

\\

\\

CONTINUE

Dated: November 2, 2007

Respectfully Submitted,

s/ Stephen R. Hormel
WA 18733
Attorneys for Freeman
Federal Defenders of
Eastern Washington and Idaho
10 North Post, Suite 700
Spokane, Washington 99201
Telephone: (509) 624-7606
Fax: (509) 747-3539
Steve_Hormel@fd.org

CONTINUE

CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: STEPHANIE LISTER, Assistant United States Attorney.

s/ Stephen R. Hormel
WA 18733
Attorneys for Freeman
Federal Defenders of
Eastern Washington and Idaho
10 North Post, Suite 700
Spokane, Washington 99201
Telephone: (509) 624-7606
Fax: (509) 747-3539
Email: Steve_Hormel@fd.org