Carl J. Oreskovich
Etter, M<sup>c</sup>mahon, Lamberson,
Clary & Oreskovich, P.C.
Bank of Whitman, 2nd Floor
618 West Riverside Avenue
Spokane, Washington 99201
(509)747-9100
(509)623-1439 Fax
carl@ettermcmahon.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>KENNETH JOHN FREEMAN,<br><br>    Defendant. | NO.  CR-07-6008-LRS-1<br><br>DEFENDANT FREEMAN'S CLARIFICATIONS AND OBJECTIONS TO PRE-SENTENCE REPORT |

DEFENDANT, KENNETH JOHN FREEMAN, by and through his attorney, CARL J. ORESKOVICH of ETTER, McMAHON, LAMBERSON, CLARY & ORESKOVICH, P.C., submits his clarifications and objections to the PSR dated February 9, 2009.  By way of background, defense counsel and United States Sentencing Guidelines Specialist, Brenda Challinor, have discussed the PSR and Ms. Challinor has made certain changes.  The following is a list of objections and clarifications on issues

Defendant Freeman's Clarifications and Objections to Presentence Report - 1

ETTER, M<sup>C</sup>MAHON, LAMBERSON, CLARY & ORESKOVICH, P.C.
BANK OF WHITMAN, 2ND FLOOR, 618 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201   (509) 747-9100

upon which we did not agree:

## A. Factual Errors or Omissions

1. At paragraph 26, pages 12 through 14 of the PSR, the United States Probation Officer summarizes the report of interview of victim KNF. The Defendant understands that the Probation Officer is merely summarizing the report of the interview as related by KNF. The Defendant asserts that some of the information provided by KNF, as reported in paragraph 26 of the PSR, is inaccurate or untrue. The Defendant has specifically admitted facts that form the factual basis for his plea at paragraph 5 (pages 8 through 14 of the Plea Agreement, dated December 17, 2008). The Defendant objects to factual content in the reported interview contained at paragraph 26, pages 12 through 15 of the PSR, to the extent they are different than the factual basis for the plea, at paragraph 5 of the Plea Agreement.

2. Paragraph 43, page 18, again, this is a statement that is attributed to victim KNF. The Defendant again asserts that he did not have anal sex, nor did he take still pictures.

3. Paragraph 63, page 21, the Defendant objects to the characterization that he does not appear to be able to feel empathy for his victims. As will be demonstrated at the time of sentencing during the Defendant's right of allocution, the Defendant is, in fact, remorseful and empathic to victim KNF.

4. Paragraph 88, page 24, and paragraph 96, page 25, the Defendant objects to the statement that he remained at large with the aid of his wife at the time. The Defendant asserts that he left the country on

Defendant Freeman's Clarifications and Objections to Presentence Report - 2

ETTER, M<sup>c</sup>MAHON, LAMBERSON, CLARY & ORESKOVICH, P.C.
BANK OF WHITMAN, 2ND FLOOR, 618 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201   (509) 747-9100

his own, without the assistance or aid of his wife, remained at large, without the aid of his wife, and while at large contacted his wife. In summary, the Defendant's flight from prosecution was without the aid or assistance of his wife.

5. Paragraph 182, page 38, once the sexual abuse was terminated in January, 2001, the Defendant did not make sexual remarks or emotionally abuse KNF, nor did he seek to involve KNF in a casual sexual encounter with an adult woman.

6. Paragraph 186, page 39, please see response to Paragraph 63, page 21, at paragraph 3 herein.

RESPECTFULLY SUBMITTED this 16th day of March, 2009.

        ETTER, McMAHON, LAMBERSON,
        CLARY & ORESKOVICH, P.C.

        By/s/ Carl J. Oreskovich
        CARL J. ORESKOVICH, WSBA 12779

Defendant Freeman's Clarifications and Objections to Presentence Report - 3

ETTER, McMAHON, LAMBERSON, CLARY & ORESKOVICH, P.C.
BANK OF WHITMAN, 2ND FLOOR, 618 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201   (509) 747-9100

# CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of March, 2009, I electronically filed the following document:

**Defendant Freeman's Clarifications and Objections to Presentence Report**

with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

**Stephanie Joyce Lister**
**USAWAE.SListerECF@usdoj.gov**

        /s/Carl J. Oreskovich
        CARL J. ORESKOVICH, WSBA 12779
        ETTER, McMAHON, LAMBERSON,
        CLARY & ORESKOVICH, P.C.
        Bank of Whitman, 2nd Floor
        618 West Riverside Avenue
        Spokane, WA  99201
        (509)747-9100
        (509)623-1439 Fax
        Email:  carl@ettermcmahon.com

        Attorney for Defendant
        Kenneth John Freeman

[Q:\Carl\Carl's E&M Client Files\Freeman, Kenneth John (4449)\Pleadings\Def's Clarifications and Objection to PSR.3.16.09.doc]

Defendant Freeman's Clarifications and Objections to Presentence Report - 4

ETTER, McMAHON, LAMBERSON, CLARY & ORESKOVICH, P.C.
BANK OF WHITMAN, 2ND FLOOR, 618 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201    (509) 747-9100