# Attachment A

REQUESTED BY: BEARD, TODD J
O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF HOMELAND SECURITY ICE | TECS ACCESS CODE 3 |
|---|---|
| REPORT OF INVESTIGATION | PAGE 1 |
| | CASE NUMBER SP05PR07SP0004 |

TITLE: MAY, MALEKA

CASE STATUS:   INTERIM RPT

| REPORT DATE 071807 | DATE ASSIGNED 050907 | PROGRAM CODE 705 | REPORT NO. 006 |
|---|---|---|---|

RELATED CASE NUMBERS:   SP07QR07SP0003   SE07QR07SP0003   SI07QR07SP0003

COLLATERAL REQ:

TYPE OF REPORT:
INVESTIGATIVE FINDINGS

TOPIC: INTERVIEW OF TIMMY YAN

SYNOPSIS:
On May 9, 2007, an investigation was initiated by RAC/Spokane to determine Maleka MAY'S involvement with her husband Kenneth John FREEMAN during the time that he was a fugitive residing in China. FREEMAN failed to appear for a scheduled court appearance on child rape charges in Benton County, Washington, and fled to China were he lived and worked from approximately March 2006 to May 2007.

On July 16, 2007, Special Agents (S/A's) Rodney Weekes and Lisa Vlad interviewed Timmy Yan, friend of Maleka MAY, and registered owner of a 1996 white Dodge Caravan in which MAY was identified entering the US from Canada on March 23, 2006.

Case continued, RAC/Spokane, pending further investigation.

| DISTRIBUTION: RACSP SACSE HQCP SACSF RACSI | SIGNATURE: WEEKES       RODNEY   S   SENIOR SPEC AGENT |
|---|---|
| | APPROVED: RENOUARD    TIMOTHY  J   SENIOR SPEC AGENT |
| | ORIGIN OFFICE: SP SPOKANE, WA - RAC    TELEPHONE: 509 353 3130 |
| | TYPIST: WEEKES |

O F F I C I A L   U S E   O N L Y
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE    2 |
|---|---|
| REPORT OF INVESTIGATION CONTINUATION | CASE NUMBER SP05PR07SP0004 |
| | REPORT NUMBER: 006 |

DETAILS OF INVESTIGATION:

On May 23, 2007, Immigration and Customs Enforcement (ICE) Special Agents (S/A's) Rodney Weekes and Lisa Vlad traveled to the Pan Asian Buffet, 601 South Grady, Renton, Washington, to interview Timmy Yan, a friend of Maleka MAY. Yan is the registered owner of a 1996 white Dodge Caravan bearing WAUS/281UES. MAY was identified as an occupant of Yan's Dodge Caravan when she entered the US from Canada at the Peace Arch Port of Entry in Blaine, Washington, on March 23, 2006. (Reference SE07QR07SP0003, ROI #001)

In substance, Yan made the following statements regarding MAY and his Dodge Caravan. Yan stated that he has been friends with MAY for approximately five (5) to six (6) years, that he met her through MAY'S sister Madena, who used to work for Yan at the restaurant that he owns and operates, the Pan Asian Buffet.

On March 22, 2006, Yan received a telephone call from MAY while he was working at his restaurant. MAY seemed very upset and was crying on the telephone. Yan asked MAY why she was upset but MAY did not explain, she just asked Yan to come to her house. After getting off from work, Yan went to MAY'S residence located at 3628 172nd Avenue NE, Redmond, Washington.

At approximately 1630 to 1700 hours, Yan arrived at MAY'S residence and noticed that MAY was still upset. Yan asked MAY why she was upset and MAY did not answer. (Yan stated that in his opinion MAY looked scared and he believed that maybe her husband Kenneth FREEMAN had been physically assaulting her. When asked further questions regarding FREEMAN physically assaulting MAY, Yan advised that he had not seen any bruises, scrapes, or marks on that occasion, nor had he on any other occasion, to support his suspicion that FREEMAN had physically assaulted MAY. According to Yan, he has never seen FREEMAN physically assault MAY, and MAY has never told him that FREEMAN has ever physically assaulted her. Yan explained that his belief that FREEMAN had physically assaulted MAY was based just on a feeling.) While Yan was talking with MAY, FREEMAN approached Yan and asked if he could borrow Yan's van because he wanted to go to Canada. (Yan learned later that FREEMAN wanted to go to the airport in Vancouver, British Columbia, Canada.) Yan, due to the fact that he did not know FREEMAN very well, told FREEMAN that he could not borrow his van but that if he wanted to go to Canada he (Yan) would drive him there. FREEMAN agreed to allow Yan to drive him to Canada.

At approximately 2200 to 2230 hours, FREEMAN placed a suitcase in the back of Yan's 1996 white Dodge Caravan bearing WAUS/281UES. Yan, FREEMAN, and MAY then departed MAY'S residence in Yan's van, in route to Canada, with Yan driving the van and FREEMAN and MAY traveling as passengers. According to

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

7

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE   3 |
|---|---|
| REPORT OF INVESTIGATION CONTINUATION | CASE NUMBER SP05PR07SP0004 |
| | REPORT NUMBER: 006 |

Yan, during the trip to Canada, FREEMAN and MAY did not talk much and he did not pay very much attention to them when they did talk. However, Yan did hear FREEMAN and MAY discuss that FREEMAN was going to Hong Kong and that he was going to be gone for a long time.

Upon arriving at the US/Canada border, Yan, FREEMAN, and MAY, all presented passports to the Canadian Customs officer at the Port of Entry. (When asked why Yan had his passport with him if he had just learned a few hours earlier that he would be traveling to Canada, Yen advised that his passport happened to already be in his van.) The Canadian Customs officer inspected Yan's, FREEMAN'S, and MAY'S passports and then allowed them to enter Canada.

On March 23, 2006, at approximately 0300 to 0400 hours, Yan stopped briefly to get something to eat at a Chinese restaurant and then continued to the Vancouver airport. At the airport, Yan pulled the van to the curb in front of the international terminal and dropped FREEMAN off for his flight to Hong Kong. Yan was asked to describe the interaction between FREEMAN and MAY when FREEMAN was dropped off at the airport and Yan claimed that he did not remember anything about their interaction. Yan was unable to say whether or not MAY was sad, happy, or indifferent about FREEMAN'S departure.

After dropping FREEMAN off at the airport, Yan and MAY traveled directly back to the US/Canada border where they entered back into the US from Canada at the Peace Arch Port of Entry in Blaine, Washington, without incident. During the trip back, MAY told Yan that she was planning to divorce FREEMAN. According to Yan, he drove the van during the whole trip to and from Vancouver, except during a short time when MAY drove the van between Blaine and Seattle, Washington, because he had grown too tired to drive any further.

At approximately 1000 hours, Yan and MAY arrived back at MAY'S residence. MAY entered her residence and Yan returned to his own home where he went to bed and slept for several hours.


DISPOSITION:

Case continued, RAC/Spokane, pending further investigation.


OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

```
REQUESTED BY:  BEARD, TODD J

            OFFICIAL USE ONLY -- TECS II INFORMATION -- OFFICIAL USE ONLY

031809                    TECS II - LIST OF RELATED RECORDS                    PAGE   1
                                                                               TN007066
                      4 RECORDS ARE RELATED TO BASE RECORD
SP05PR07SP0004006     ROI   CSP WEEKES            R 071807


P9Q92176401CSP        FREEMAN           KENNETH      J W M 062162
    SI   PREVIOUS SUSPECT, CLOSED CASE                               SUB-SOURCE

P9S85590000CSP        MAY               MALEKA       A   F 030574
    SI   PREVIOUS SUSPECT, CLOSED CASE                               SUB-SOURCE

P9T56981900CSP        YAN               TIMMY        C A M 092550
    SI   PREVIOUS SUSPECT, CLOSED CASE                               SUB-SOURCE

SP05PR07SP0004        CASE CSP WEEKES              R 050907
    MAY, MALEKA
```