Carl J. Oreskovich
Etter, M<sup>c</sup>mahon, Lamberson, Clary,
Troppmann & Oreskovich, P.C.
Bank of Whitman, 2nd Floor
618 West Riverside Avenue
Spokane, Washington 99201
(509)747-9100
(509)623-1439 Fax
carl@ettermcmahon.com
Attorneys for Defendant Freeman

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>KENNETH JOHN FREEMAN,<br><br>    Defendant. | NO.  CR-07-6008-LRS-1<br>NO.  CR-08-6087-LRS<br><br>**PARTIAL WITHDRAWAL OF OBJECTION NO. 2** |

COMES NOW the Defendant, KENNETH JOHN FREEMAN, by and through his attorney CARL J. ORESKOVICH of ETTER, MCMAHON, LAMBERSON, CLARY & ORESKOVICH, P.C., and withdraws that portion of objection No. 2, asserting that he did not have anal sex with the victim.  The remainder of paragraph 2 of the

Partial Withdrawal of Objection No. 2 - 1

ETTER, M<sup>C</sup>MAHON, LAMBERSON, CLARY,
TROPPMANN & ORESKOVICH, P.C.
BANK OF WHITMAN, 2ND FLOOR, 618 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201   (509) 747-9100

1
2  Defendant's objections filed March 16, 2009, remains in tact.
3
4      DATED at Spokane, Washington, on the 24th day of March,
5  2009.
6
7
8                          /s/ Carl J. Oreskovich
9                          CARL J. ORESKOVICH, WSBA 12779
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32

Partial Withdrawal of Objection No. 2 - 2

ETTER, McMAHON, LAMBERSON, CLARY,
TROPPMANN & ORESKOVICH, P.C.
BANK OF WHITMAN, 2ND FLOOR, 618 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201   (509) 747-9100

# CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of March, 2009, I electronically filed the following document:

**PARTIAL WITHDRAWAL OF OBJECTION NO. 2**

with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

**Stephanie Joyce Lister
USAWAE.SListerECF@usdoj.gov**

/s/Carl J. Oreskovich
CARL J. ORESKOVICH, WSBA 12779
ETTER, McMAHON, LAMBERSON,
CLARY & ORESKOVICH, P.C.
Bank of Whitman, Suite 210
618 West Riverside Avenue
Spokane, WA  99201
(509)747-9100
(509)623-1439 Fax
Email:  carl@ettermcmahon.com

Attorney for Defendant Kenneth John Freeman

[]Q:\Carl\Carl's E&M Client Files\Freeman, Kenneth John (4449)\Pleadings\Partial Withdrawal of Objection No. 2 - 3.24.09.doc[]

Partial Withdrawal of Objection No. 2  - 3

ETTER, McMAHON, LAMBERSON, CLARY,
TROPPMANN & ORESKOVICH, P.C.
BANK OF WHITMAN, 2ND FLOOR, 618 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201    (509) 747-9100