1   James A. McDevitt
    United States Attorney
2   Eastern District of Washington
    Stephanie J. Lister
3   Assistant United States Attorney
    Post Office Box 1494
4   Spokane, WA 99210-1494
    Telephone:  (509) 353-2767
5

6                   UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF WASHINGTON
7

8   UNITED STATES OF AMERICA,              )
                                           )
9                   Plaintiff,             )
                                           )        07-CR-06008-LRS
10          vs.                            )
                                           )        Notice of Intent to Request
11  KENNETH JOHN FREEMAN,                  )        Redaction
                                           )
12                  Defendant.             )

13
            Notice is hereby given that a Redaction Request shall be filed with the
14
    Court and a paper copy served on the court reporter within 21 days from the filing
15
    of the transcript.
16
            DATED April 15, 2009.
17
                                        James A. McDevitt
18                                      United States Attorney

19
                                        s/ Stephanie J. Lister
20
                                        Stephanie J. Lister
21                                      Assistant United States Attorney

22

23

24

25

26

27

28

Notice of Intent to Request Redaction - 1

I hereby certify that on April 15, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following, and/or I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant(s):

Carl J. Oreskovich
Attorney at Law
618 W. Riverside, 2nd Floor
Spokane, Washington  99201


                              s/ Stephanie J. Lister

                              Stephanie J. Lister
                              Assistant United States Attorney

Notice of Intent to Request Redaction - 2
P90415jm.SLa.wpd