1

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF WASHINGTON


UNITED STATES OF AMERICA,     )
                              )    No. 07-CR-6008-LRS
          Plaintiff,          )    March 25, 2009
                              )    Spokane, Washington
vs.                           )
                              )    Transcript of:
KENNETH JOHN FREEMAN,         )    Excerpt of Sentencing
                              )    Hearing
          Defendant.          )
                              )    REDACTED TRANSCRIPT


             BEFORE THE HONORABLE LONNY R. SUKO
                  UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Plaintiff:        Stephanie J. Lister
                          Assistant United States Attorney
                          P.O. Box 1494
                          Spokane, WA 99210-1494

                          Gary Sussman
                          Assistant United States Attorney
                          1000 SW Third Avenue, Suite 600
                          Portland, OR 97204

                          Adrienne Farabee
                          Benton County Deputy Prosecutor
                          Justice Center
                          7122 W Okanogan Place, Bldg. A
                          Kennewick, WA 99336-2359



Official Court Reporter:  Debra Kinney Clark, RPR, CSR
                          United States District Courthouse
                          P.O. Box 700
                          Spokane, WA 99210
                          (509) 458-3433

Proceedings reported by mechanical stenography; transcript
produced by computer-aided transcription.
```

2

| | | |
|---|---|---|
| 1 | For the Defendant: | Carl Oreskovich, Attorney at Law |
| 2 | | 618 W Riverside, Second Floor<br>Spokane, WA 99201 |
| 3 | | Andrew Kohlmetz, Attorney at Law |
| 4 | | 741 SW Lincoln Street<br>Portland, OR 97201 |
| 5 | | Sylvia Cornish, Attorney at Law |
| 6 | | 1030 N Center Parkway, Suite 107<br>Kennewick, WA 99336 |
| 21 | Official Court Reporter: | Debra Kinney Clark, RPR, CSR |
| 22 | | United States District Courthouse |
| 23 | | P.O. Box 700<br>Spokane, WA 99210<br>(509) 458-3433 |

25  Proceedings reported by mechanical stenography; transcript produced by computer-aided transcription.

1       (March 25, 2009)

2       (Proceedings omitted.)

3           MS. XXXX XXXXX:  Good morning.  Your Honor, ladies and
4  gentlemen of the court, Ken Freeman's horrible and repulsive
5  actions towards my daughter, Kylie, have hurt me to the core,
6  more than words can express.  As her mother, it has been
7  difficult to see the pain she carries, to know that she has been
8  raped over and over; Ken, endlessly harassing and hounding her
9  not to tell; and Kylie, too paralyzed with fear to share this
10 horror with anyone.  It stabs me right through the heart.  She
11 has not only been raped and degraded in her physical body but
12 also in her mind and her spirit.  These memories lurk in her
13 mind, always ready to torment her.  It's hard sometimes for
14 people on the outside of this to understand this deep pain,
15 hurt, and damage to a person's being that rape and molestation
16 causes, feeling so helpless, made to do disgusting things, and
17 shamed by the person you should be able to trust for your
18 well-being.

19      When I think of my little girl being groomed, posed, and
20 made to feel so dirty in these perverted and depraved pictures
21 and videos Ken took of her, it causes me such deep pain, a pain
22 I've never known before.  I know what I go through.  I can't
23 imagine all the hurt Kylie has on a daily basis, remembering him
24 touching her, making her do detestable things, and bringing
25 corruption to her eyes.  Then, to make it even worse, he took

pictures of her and videotaped her while raping her.

Another blow was finding out Ken had shared these pictures of Kylie over the Internet for any pervert, at the press of a button, to download and view and continue this sickening process of enjoying my little girl's pain as she is being raped and molested.

While in Ken's charge, Kylie lived a constant life of pornography and perversion.  Approval from him would come only if she performed and carried out his every dirty command. Verbal torture about her body, performance, and intellect also occurred.  His twisted way of giving approval was very hard on her.  This was all happening to my little girl at age 10 and 11. The stress of trying to please her depraved father, Ken, and then coming back to our house and trying to live a normal, innocent life, with all that shame, had to be torture for her. He also introduced her to alcohol, beginning a pattern of drinking for her to handle the stress.

Honestly, in all that she's gone through, I can't believe she didn't have a total mental breakdown.  Hearing my daughter say the words my father molested me, my father raped me, and I wanted to take my own life are words I was mortified to hear. These words and hearing the numerous horrendous acts done to her sent me into shock and anger and then into mourning, mourning the pain, shame, and loss of innocence my daughter has had to face.

5

1    The pictures I've had to see of my daughter's sexual abuse
2 have broken me.  No mother should have to see what I've seen,
3 yet I've had to.  I've had to identify my little girl's face and
4 body in these six pictures.
5    I once heard Ken quoted while he was in a Chinese jail,
6 saying he never hurt my daughter.  Well, Ken, among all these
7 witnesses today, I'm here to tell you and can confirm with all
8 of my heart you hurt her physically, emotionally, and mentally
9 deeper than anything ever will.  The pictures and videos you
10 made of her are out there, continually being viewed, and will
11 continue to be forever.  You have marked her and scarred her for
12 life.  In these horrible videos, she is being viewed as someone
13 she is not.  You did this to her.  You degraded her, inflicted
14 shame on her, and forced your repulsive ideas on her.  You
15 robbed her of her innocence, hurt her with your ugliness,
16 perversion, and filth.  You robbed me of all the good things I
17 wanted for my little girl.  How could you do this to her?  She
18 is such a precious gift.  All you could do was insult her,
19 brutalize her, lie to her, steal her dignity, and rape her.  You
20 have lost your privilege of being her father.  Fathers don't do
21 that.
22    Ken, the truth has always eluded you; and you have never
23 wanted to face it.  The truth is you're a sick, perverted man,
24 full of evil tendencies.  You have always been dishonest.  You
25 have only self-centered motives, are arrogant, and think only of

feeding your sick pleasures.

I am proud to say that Kylie is the exact opposite.  She has chosen, despite all the awful things that have happened to her, to become a strong, amazingly generous, helpful young woman.  She brings goodness to the world, generously gives of herself, and thinks of others above herself.  She is a credit to this world.  You are not.

I hope you think about what you really are and for once face the truth.  Jesus is the truth, and you will find your truth and that truth in him.  I hope one day you find that truth.  I believe only then will you be truly sorry for all the cruel and awful things you've done to Kylie and to us.  Only then will you find forgiveness.

I wish I could take away her pain and give her back what has been stolen from her.  I cannot.  But I'm asking for accountability from the individuals who hurt her and are continuing to hurt her.  The sexual abuse of children is painfully devastating.  The fear, pain, and shame of this cruel act does not end for the child but continues on for the rest of their lives.  For my daughter and countless others who are victims of such a terrible and painful crime, this has got to end.  Your Honor, please grant us justice today.

      THE COURT:  Thank you, Mrs. XXXXX.

(Proceedings omitted.)

      MS. KYLIE FREEMAN:  Good morning.

7

1     Judge Suko, ladies and gentlemen of the court, biologically
2  Ken Freeman is my father; but many years ago he violated his
3  right to be so.  He was my father, and I trusted him.  I admired
4  him.  And I thought the world of whatever he said and did until
5  he said, "Take your clothes off," until he did the unthinkable
6  to my body.  I've been molested.  I've been raped.  I've been
7  dressed up like a hooker and given dirty lines to say before a
8  camera.  I've been bound by ropes, and I've been bruised.  I've
9  cried and told him no over and over again, only to be made to do
10 it anyway, until my spirit was broken.  Each of these things
11 were done to me before I reached the age of 12.  Then on top of
12 it all, these things were recorded by him and spread all over
13 the Internet, to become now one of the most prolific series of
14 child pornography in the world.
15    I can't tell you what these shameful violations do to a
16 child.  All those years, he told me not to tell.  He said I'd be
17 in trouble, and he'd go to jail.  He lied to me so much.  The
18 secrets he made me keep of the things he'd done to me -- they
19 almost destroyed my life.  I was housing such anger that I
20 couldn't express.  The shame of it all made me hate myself.  And
21 the pain of everything I'd been through and no one to share it
22 with became a series of headaches and stomachaches.  It was also
23 an emotional pain, and it closed me off to the rest of the
24 world.  It could be soothed temporarily by acting out, hurting
25 myself, or drowning it in alcohol.  Nighttime was plagued by

1  insomnia, nightmares, paranoia, flashbacks, and other forms of
2  post-traumatic stress disorder.
3      Then everything culminated one night in December of my
4  freshman year when I decided I was determined to take my own
5  life.  That scared me.  How desperate I'd become.  It took
6  another year and a scene from a movie that jogged some memories
7  and a day alone to build up the courage to tell.  Six years of
8  silence.  That's how afraid of him I was.  But I'm not afraid
9  any more.
10      After my telling and his fleeing, my family and I went on
11 "America's Most Wanted" in an effort to bring him to justice.  I
12 received the deepest blow of my life when a man from Toronto,
13 working for the National Center for Missing and Exploited
14 Children, recognized me as the girl in the "Vicky" porn series.
15 Those images are out there forever.
16      We can never erase what Ken has done.  Sick pedophiles are
17 downloading those images every day to derive their pleasure from
18 my pain.  It terrifies me that people can enjoy looking at that
19 kind of thing.
20      Ken, what you've done, it's changed my whole life and the
21 lives of everyone who cares about me.  Now that my name is out
22 there, I have to be worried about my safety.  I've already had
23 one scary experience with a stalker and some creepy e-mails from
24 perverts too.  My life is exposed.  Everything is out there for
25 the world to see and read about.  It certainly isn't what I

1  dreamed for my life to be, but I'm going to try to use it to do
2  some good.
3       At some point before I was 12, I stood up to Ken and told
4  him I wouldn't do the things he asked me to any more.  I was
5  scared to death and trying to sound so strong.  He said the
6  things he made me do corrupted me, but they didn't.  I was
7  scared and defeated for a while, but I never completely lost who
8  I was.
9       There was a day when I was in middle school, and I wonder
10 if Ken remembers it.  We were sitting at the dinner table, and I
11 brought up the sexual abuse.  It was the first and only time we
12 discussed it after it ended.  I simply said, "Those things you
13 did to me -- they're wrong."  I wonder if he ever imagined it
14 would come to this.
15      Ken, I told you once that the things you had done to me
16 were wrong; and I always knew it was wrong.  But I wasn't strong
17 enough to do anything about it.  I'm strong enough now.  You've
18 wronged me, and I deserve justice.
19           THE COURT:  Thank you.
20        (End of requested proceedings.)

10

# CERTIFICATE

1  
2  
3      I, DEBRA KINNEY CLARK, do hereby certify:  
4      That I am an Official Court Reporter for the United  
5  States District Court at the Eastern District of Washington;  
6      That the foregoing proceedings were taken on the date  
7  and at the time and place as shown on page 1 hereto; and  
8      That the foregoing proceedings are a full, true and  
9  accurate transcription of the requested proceedings, duly  
10 transcribed by me or under my direction.  
11     I do further certify that I am not a relative of,  
12 employee of, or counsel for any of said parties, or otherwise  
13 interested in the event of said proceedings.  
14     DATED this 10th day of April, 2009.  
15  
16  
17  
18                              /s/Debra Kinney Clark  
19                              Official Court Reporter  
                                United States District Court  
20                              Eastern District of Washington  
21  
22  
23  
24  
25